Steven Kreiss, Washington, DC, for Plaintiff–Appellant.

Gary L. Hausken, Department of Justice, Washington, DC, for Defendant–Appellee.

Before NEWMAN, FRIEDMAN,* and LOURIE, Circuit Judges.

## ON MOTION

PER CURIAM.

## ORDER

Sparton Corporation moves for reconsideration of this court's order dismissing its appeal for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

## In re CYCLOBENZAPRINE HYDRO-CHLORIDE EXTENDED–RELEASE CAPSULE PATENT LITIGATION.

**Eurand, Inc. (now known as Aptalis Pharmatech, Inc.) and Anesta AG, Plaintiffs–Appellants,**

v.

**Anchen Pharmaceuticals, Inc. and Anchen, Inc., Defendants–Appellees.**

Nos. 2011–1408, 2011–1410, 2011–1411, 2011–1412.

United States Court of Appeals, Federal Circuit.

Aug. 31, 2011.

## ON MOTION

## ORDER

Upon consideration of the appellants' motion to withdraw these appeals, and the motion to revise the official caption,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeals is granted. The appeals are dismissed.

(2) The motion to revise the caption is granted. The revised official caption is reflected above.

(3) Each side shall bear its own costs.

(4) Any other pending motions are denied as moot.

* Judge Friedman, who passed away July 6, 2011, participated in the panel's previous disposition of this appeal but did not participate in this order on reconsideration.